IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALYSON RUBIN and<br>JENNIFER HICKEY,<br><br> Plaintiffs,<br><br>vs.<br><br>CAPTAIN LEWIS YOUNG,<br>individually and in his official capacity<br>as Chief of the Capitol Police Division<br>of the Georgia Department of Public<br>Safety; OFFICER WICKER and JOHN<br>DOE, individually and in their official<br>capacity as Capitol Police Officers,<br><br> Defendant. | Civil Action No.: _____<br><br>**JURY TRIAL DEMANDED** |

## **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

 Alyson Rubin

 Jennifer Hickey

1

Captain Lewis Young

Officer Wicker, an officer with the Capitol Police Division of the Georgia Department of Public Safety (first name unknown)

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

All persons employed by the Capitol Police Division of the Georgia Department of Public Safety.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding, of which we are thus far aware:

Sean J. Young (American Civil Liberties Union Foundation of Georgia)

Tina Piper (Attorney General's Office)

Respectfully submitted,
this 12th of March, 2019

/s/ Sean J. Young_____

Sean J. Young (Ga. Bar No. 790399)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357

770-303-8111
syoung@acluga.org

# **CERTIFICATION OF COMPLIANCE**

The undersigned, in accordance with L.R. 7.1 and 5.1 hereby certifies that the typefont used herein is 14-Point Times New Roman.

This 12th day of March, 2019


s/ Sean J. Young̲̲̲̲̲̲̲̲̲̲

Sean J. Young
Ga. Bar No. 790399

# **CERTIFICATE OF SERVICE**

I hereby certify that on the night of March 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

This 12th day of March, 2019


s/ Sean J. Young_____

Sean J. Young
Ga. Bar No. 790399