# DECLARATION OF ALYSON RUBIN

My name is Alyson Rubin and I am 18 years old and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am resident of Fulton County and a high school student.

2. I am adamantly opposed to HB 481, a bill that bans abortions after 6 weeks of pregnancy. This bill is being considered by the Georgia Legislature.

3. I am excited about activism and eagerly wish to participate in the democratic process.

4. On March 7, 2019, I was in a public area of the State Capitol Building—specifically, the third floor where legislators walk into and out of the gallery. I was then approached by a Capitol Police officer (I could tell they were Capitol Police because they wore light blue shirts and had badges) and told to remove a pink button I was wearing.

5. The pink button said, "Don't Fuck With Us[,] Don't Fuck Without Us," followed by a logo of Planned Parenthood, which provides healthcare services such as birth control. The message was that lawmakers should not mess with women and their reproductive choices, followed by a funny but also serious statement that people should not have sex without birth control.

6. As best as I can remember, the officer who told me to remove the button was Officer Wicker, according to his badge. His first name was not listed.

7. I removed the button.

8. I was also told by other people in the group that I was with that more women were being asked to remove those same buttons and that we could not wear them anymore.

9. Neither I nor any of the women were doing anything disruptive. We did not chant, yell, touch anyone, or block anyone from moving up and down the hall ways.

10. HB 481 ended up passing the House that night, and it now goes to the Senate.

11. I want to go back to the State Capitol Building on April 2, 2019, which is the last day of the legislative session, and wear that button to express my opposition to HB 481.

I declare under penalty of perjury that the forgoing is true and correct.

_Alyson Rubin_
Alyson Rubin

03-12-19
Date