# DECLARATION OF JENNIFER HICKEY

My name is Jennifer Hickey and I am over 18 years old and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am a resident of Gwinnett County.

2. I am adamantly opposed to HB 481, a bill that bans abortions after 6 weeks of pregnancy. This bill is being considered by the Georgia Legislature.

3. On March 7, 2019, I was entering the House Gallery, a public area of the State Capitol Building, to watch the floor debate. I was then approached by a Capitol Police officer (I could tell he was Capitol Police because he wore a light blue shirt and had a badge) and told to remove a pink button I was wearing.

4. The pink button said, "Don't Fuck With Us[,] Don't Fuck Without Us," followed by the logo of Planned Parenthood, a prominent reproductive healthcare provider. I interpreted the button to mean that lawmakers should not interfere with women's reproductive choices, and that people should not have sex without birth control and other valuable sexual health services provided by Planned Parenthood.

5. I removed the button.

6. I was so surprised and taken aback that I didn't get a chance to see who ordered me to do this.

7. I was not doing anything disruptive. I did not chant, yell, touch anyone, or block anyone from moving up and down the hall ways. I was simply attempting to enter the public gallery.

8. HB 481 ended up passing the House that night, and it now goes to the Senate.

9. HB 481 is now going to be heard by a Senate committee on Thursday, March 14. The hearing will take place at the Coverdell Legislative Office Building, which is right next to the State Capitol Building.

10. I want to be able to go back to the State Capitol Building and wear this button anytime from now until April 2, 2019, which is the last day of the legislative session, to express my opposition to HB 481.

11. I want to be able to wear this button and other buttons with provocative language not only during this legislative session, but also all future legislative sessions, as there will surely be continued attempts to restrict women's reproductive freedom in the future.

I declare under penalty of perjury that the forgoing is true and correct.

_____
Jennifer Hickey

3-12-18
_____
Date