# DECLARATION OF AKLIMA KHONDOKER

My name is Aklima Khondoker and I am over 18 years old and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1.     On March 7, 2019, I was in a public area of the State Capitol Building—specifically, the third floor where legislators walk into and out of the gallery.

2.     Several activists were attempting to reach the "rope lines," where legislators walk into the legislative gallery. The rope lines and hallways of the State Capitol Building are open to the public. Though activists often hope to catch the attention of a legislator to express their views, many legislators walk briskly through the rope lines without engaging anyone.

3.     I observed a Capitol Police officer (I could tell they were Capitol Police because they wore light blue shirts and had badges) approach a woman wearing a pink button that said, "Don't Fuck With Us[,] Don't Fuck Without Us." The officer's name was Officer Wicker according to his badge, which did not have his first name. Officer Wicker told her to remove the button because "children were present." I left the building for about thirty-minutes.

4.     I re-entered the building and was stopped by another officer on the first floor, before entering the metal detectors. I was wearing a sticker. Officer Killingsworth, then asked to see my sticker to see if there were any "curse words."

I asked the officer whether I wasn't allowed to wear anything with curse words, and he said I was not allowed to, "because children are here."

I declare under penalty of perjury that the forgoing is true and correct.

_____
Aklima Khondoker

___3/12/19_____
Date