# Exhibit A-1

# Schematics of Capitol

# Basement Floor Plan

**Surrounding streets and buildings:**
- North: MLK JR DRIVE
- South: CAPITOL SQUARE SW
- East: CAPITOL AVE NW
- West: WASHINGTON ST
- Northwest: AGRICULTURE, FREIGHT DEPOT
- Northeast: BUILDING AUTHORITY, SLOPPY FLOYD
- West: PRESBYTERIAN CHURCH
- East: LIBERTY PLAZA
- Southeast: LEGISLATIVE PARKING
- South: COVERDALE BUILDING

**Rooms (north side, left to right):**
- 100 · 107 · 142
- House Photography
- 136 (stairs)
- Elevator
- House Ways & Means

**West side (top to bottom):**
- 108
- Governor's Floor Leaders — 109
- Senate Offices — 110
- Governor's Staff Offices — 111

**East side (top to bottom):**
- 135, 134, 133
- Judiciary Committee Room — 132
- 131
- 127 (EXIT)
- 125
- Senate Committee Room

**Center:**
- Women's Restroom
- Men's Restroom
- Basement
- Elevator

**South side (left to right):**
- GSP (EXIT)
- 122 Senate Committee Room
- (stairs)
- 123 Senate Committee Room
- Snack Bar
- 126

