Exhibit A-2

Photos of Capitol



Case 1:19-cv-01158-SCJ   Document 11-3   Filed 03/13/19   Page 3 of 5



Exhibit A-2 - Photos of Capitol                                                                 2



