# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALYSON RUBIN and<br>JENNIFER HICKEY, et al.,<br><br>Plaintiffs,<br><br><br><br>CAPTAIN LEWIS YOUNG,<br>Individually and in his official capacity<br>as Chief of the Capitol Police,<br>Division of the Georgia Department of<br>Public Safety; et al.,<br><br>Defendants. | Civ. Action No.<br>1:19-cv-1158-SCJ |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

Come now, Plaintiffs Alyson Rubin and Jennifer Hickey, and Defendants Captain Lewis Young and Lieutenant James Wicker, ("The Parties"), and seek an entry of final judgment, wherein the Court makes its Order of March 14, 2019 the final Order in the case and enter judgment against Defendants. The Parties stipulate to all facts relied upon by the Court in its March 14, 2019 Order.

1

Respectfully submitted,


*/s/ Sean J. Young*
SEAN J. YOUNG                 790399
AMERICAL CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
syoung@acluga.org

Attorney for Plaintiffs



*/s/ Tina M. Piper*
TINA M. PIPER                 142469
Sr. Assistant Attorney General
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
tpiper@law.ga.gov

Attorney for Defendants

## Certificate of Compliance

I hereby certify that the forgoing Motion for Entry of Final Judgment was prepared in 14-point Times New Roman in compliance with Local Rules 5.1(C) and 7.1(D).

*/s/ Tina M. Piper*
TINA M. PIPER            142469
Sr. Assistant Attorney General

## Certificate of Service

I hereby certify that on March 13, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

This 2nd day of April, 2019.

                                            */s/ Tina M. Piper*
                                            TINA M. PIPER          142469
                                            Sr. Assistant Attorney General